RECEIVED IN
The Court of Appeals
Sixth District

JUN 3 0 2016

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

JUN 3 0 2016

Texarkana, Texas
Debra K. Autrey, Clerk

No. 06-15-00062-CV

Allen "F" Calton

V

Steve Schiller, etal

In The Court Of

Appeals

Sixth District Of Texas

Appellant's motion To Suspend Tex R. App. P. Rule 9.3(a)(1)
To File one Copy of His motion For Rehearing

Now Comes Appellant Allen "F" Calton and files this his motion
To Suspend T. R A P. 9.3(a)(1) and allow Appellant to file just one
copy of his motion For Rehearing. Will show in Support As follows:

## I

Supporting Facts sworn To under The penalty of perjury

(1) Appellant is mentally ill and has been diagnosed with major depression
with psychotic features and as a result of mental illnesses. Appellant is
prescribed a substantial amount of psychotropic medications that cause con-
fusion as well as puts Appellant in a very relaxed and sedated state. where
Calton can't write legible or litigate his claims effectively while under the in-
fluence of his medications. which includes 300 mg of wellbutrin and 10mg
of Haldol.

(2) under this extensive medication regimen. which also includes medi-
cations for several other physical ailments Calton also suffers from. In-
cluding High Blood Pressure, Ringing In the ear, Recurring Dizzy Spells
and migrane headaches. For which Calton is prescribed additional
mind altering medications that also cause a confused and sedated
state and related state. Said medications are propranol 20 mg/

Appellant's motion To Suspend Tex. R. App. P. Rule 9.3(a)(1) p. 1 of 4

medizine 50 mg, Lisinopril 40 mg, Nortriptyline 100 mg/ Diphenhydramine 50mg. See CR vol.1 p130-131 for Calton's prison medication print Pass. which confirms off nine of Calton's prescribed medications.

(3) Under the influence of these medications Calton cannot write legible or do anything other than sit for that matter. To write legible Calton has to miss a dose or two of his medications.

(4) To write the additional copy would require Calton to miss a substantial amount of doses of his medications. which poses a substantial risk of suicidal tendencies. Calton has a history of suicide attempts and has suffered extensive nerve damage in his hands and wrists as a result of the repeated slashing of his wrists with razor blades on at least five different occasions. The most severe damage Calton caused to himself as a result of self injury behavior. was due to Calton having gone without his major depression medication for two weeks

(5) This suicide attempt occurred on 9-19-08. See CR vol.1 p. 132-139 For (8) eight pages of Calton's medical records from 9-19-08. These medical records confirm the severely depressed state I can fall into when I will go without too many doses of my psych meds. which will result in substantial self injuries.

(6) As these medical records confirm when Calton is not taking his depression medication as prescribed. Has resulted in Calton wanting to die. Being unable to get the thought of cutting out of his head. As well as causing Calton to experience fatalistic thoughts. See CR vol.1 p.132-139. Thus establishing good cause exists for Calton to be Afforded leave to file only one copy of

his motion For Rehearing and the Accompanying documents contemporaneously filed with the court with the same. See e.g. Weekley v Jones 927 F2d 382, 385-86 (8th cir 1991) (prisoner's Prose status, his impaired mental health and his use of psychotropic medication constituted good cause).

## Verification

I, Allen "F" Calton #1123880, incarcerated at the Stiles Unit, in Jefferson County, Texas, due hereby declare under the penalty of perjury that the foregoing facts are true and correct and are based upon personal Knowledge

Executed on 6-28-16    Allen "F" Calton

## Prayer

Wherefore, premises considered, Calton prays and moves this court for leave to file one copy of His motion For Rehearing and the documents contemporaneously filed with the same and suspend T.R.A.P. 9.3 (a)(1).

Respectfully Submitted,

Allen "F" Calton

## Certificate Of Conference

Calton puts the Court on notice that a conference was not held with Demetri Anastasiadis or Christopher ponder on the merits of this motion. Because Calton is incarcerated and cannot telephone Mr. Anastasiadis or Mr. Ponder. Calton will not speculate on whether this motion would be opposed by Mr. Anastasiadis or Mr. Ponder.

allen "F" Calton

## Certificate of Filing and Of Service

I, Allen "F" Calton #1123880, incarcerated at the Stiles Unit, in Jefferson County, TX. hereby certify under penalty of perjury the foregoing was turned over to prison officials by depositing the same in the prison mailbox in a postage prepaid envelope certified mail Label # 7014 2120 0003 5002 1068 addressed to the Sixth Court of Appeals 100 North State Line Avenue #20, Texarkana, TX. 75501 and First Class mailed to Appellees' Attorneys Demetri Anastasiadis 300 W. 15 st, Austin, TX. 78701 and Christopher Ponder 401 W. Belknap st, Fortworth, TX. 76196 on 6-28-16.

Executed on 6-28-16     allen "F" Calton